FORM 8A. Entry of Appearance │ Form 8A (p.1) July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 25-1426

**Short Case Caption:** Mianyang BOE Optoelectronics Technology Co., Ltd. v. Samsung Display Co., Ltd.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Mianyang BOE Optoelectronics Technology Co., Ltd.; Wuhan China Star Optoelectronics Semiconductor Display Technology Co., Ltd.; Tianma Microelectronics Co., Ltd.; Visionox Technology, Inc.

| | | |
|---|---|---|
| **Principal Counsel:** Melanie L. Bostwick | | Admission Date: 7/8/2008 |
| **Firm/Agency/Org.:** Orrick, Herrington & Sutcliffe LLP | | |
| Address: 2100 Pennsylvania Avenue, NW, Washington, DC 20037 | | |
| Phone: (202) 339-8400 | Email: mbostwick@orrick.com | |
| **Other Counsel:** Travis Jensen | | Admission Date: 3/9/2012 |
| **Firm/Agency/Org.:** Orrick, Herrington & Sutcliffe LLP | | |
| Address: 1000 Marsh Road, Menlo Park, CA 94025 | | |
| Phone: (650) 614-7400 | Email: tjensen@orrick.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 2/20/25

Signature: /s/ Melanie L. Bostwick

Name: Melanie L. Bostwick

FORM 8A. Entry of Appearance

Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| | |
|---|---|
| **Other Counsel:** Richard Martinelli | Admission Date: 6/29/2004 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: 51 West 52nd Street, New York, NY 10019 | |
| Phone: (212) 506-5000 | Email: rmartinelli@orrick.com |
| **Other Counsel:** Bas de Blank | Admission Date: 2/20/2009 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: 1000 Marsh Road, Menlo Park, CA 94025 | |
| Phone: (650) 614-7400 | Email: basdeblank@orrick.com |
| **Other Counsel:** Xiang Wang | Admission Date: 6/6/2016 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: Number 1 Jianguomenwai Avenue, 5701 China World Tower A, Beijing, Beijing, 100004, People's Republic of China | |
| Phone: +86 10 8595 5600 | Email: xiangwang@orrick.com |
| **Other Counsel:** Joseph R. Kolker | Admission Date: 2/2/2022 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: 51 West 52nd Street, New York, NY 10019 | |
| Phone: (212) 506-5000 | Email: jkolker@orrick.com |
| **Other Counsel:** Jonas Q. Wang | Admission Date: 5/11/2022 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: 2100 Pennsylvania Avenue, NW, Washington, DC 20037 | |
| Phone: (202) 339-8400 | Email: jonas.wang@orrick.com |