FORM 26. Docketing Statement                                    Form 26 (p. 1)
                                                                   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2025-1426

**Short Case Caption:** Mianyang BOE Optoelectronics Technology Co., Ltd. v. Samsung Display Co., Ltd.

**Filing Party/Entity:** Samsung Display Co., Ltd.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| USPTO | IPR2023-00941 | Inter Partes Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of Final Written Decision of the Patent Trial and Appeal Board entered December 6, 2024 (Paper 68), and from all underlying and related orders, decisions, rulings, institutions, and opinions regarding U.S. Patent No. 7,414,599 at issue in Inter Partes Review No. IPR2023-00941.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Final written decision confirming all challenged claims of U.S. Patent No. 7,414,599.

**Briefly describe the judgment/order appealed from:**

Final written decision by Patent Trial & Appeal Board granting the relief described above.

**Nature of judgment (select one):**   **Date of judgment:** 12/6/24

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                    _____

FORM 26. Docketing Statement　　　　　　　　　　　　　　　　　　Form 26 (p. 2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.　☑ None/Not Applicable

Issues to be raised on appeal:　☑ None/Not Applicable

Have there been discussions with other parties relating to settlement of this case?
☐ Yes　☑ No

If "yes," when were the last such discussions?
　☐ Before the case was filed below
　☐ During the pendency of the case below
　☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?　☐ Yes　☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation?　☐ Yes　☑ No

Explain.

Samsung Display Co., Ltd. seeks an exclusion order for products adjudged by the International Trade Commission to infringe claims of the patent challenged in the IPR.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 2/20/25　　　　Signature: /s/ Jeffrey H. Lerner

　　　　　　　　　　　Name: Jeffrey H. Lerner

Save for Filing