NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD., TIANMA MICROELECTRONICS CO. LTD., VISIONOX TECHNOLOGY, INC.,**
*Appellants*

v.

**SAMSUNG DISPLAY CO., LTD.,**
*Appellee*

---

2025-1426

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00941.

-------------------------------------------------

**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD., TIANMA MICROELECTRONICS CO. LTD., VISIONOX TECHNOLOGY, INC.,**
*Appellants*

v.

**SAMSUNG DISPLAY CO., LTD.,**
*Cross-Appellant*

———————————

2025-1517, 2025-1518, 2025-1519, 2025-1520, 2025-1521

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00987, IPR2023-00988, and IPR2023-01075.

-------------------------------------------------

**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD., TIANMA MICROELECTRONICS CO. LTD., VISIONOX TECHNOLOGY, INC.,**
*Appellants*

v.

**SAMSUNG DISPLAY CO., LTD.,**
*Cross-Appellant*

———————————

2026-1092, 2026-1106

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00620.

———————————

**ON MOTION**

———————————

Upon consideration of Mianyang BOE Optoelectronics Technology Co., Ltd.'s unopposed motions to withdraw as a party to these appeals,

IT IS ORDERED THAT:

(1) The motions are granted. The official and short captions are revised as reflected in this order.

(2) The Clerk of Court shall transmit a copy of this order to the merits panel(s) assigned to these appeals.

FOR THE COURT

December 2, 2025
Date

Jarrett B. Perlow
Clerk of Court